UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>            Plaintiff,<br><br>    v.<br><br>N. MONTANEZ, et al.,<br><br>            Defendants. | **CASE NO. 1:14-cv-0383-MJS (PC)**<br><br>**VOLUNTARY DISMISSAL OF ACTION**<br><br>**(ECF NO. 4)** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983.

Plaintiff filed an application to withdraw complaint on June 12, 2014.  (ECF No. 4.)

Under Federal Rule of Civil Procedure 41(a)(1)(A), a plaintiff may dismiss an action without a court order by filing a notice of dismissal.  Plaintiff's June 12, 2014 request is sufficient as a notice of dismissal under Rule 41.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, this action is hereby DISMISSED without prejudice.  The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   June 23, 2014                         /s/ *Michael J. Seng*
                                               UNITED STATES MAGISTRATE JUDGE

1